UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS;<br><br>Plaintiffs,<br>v.<br><br>MOTEL 6 CLAREMONT, a business of unknown form; BHUVNESHWARI CORPORATION, a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE No: 5:18-cv-02472-AB- SP**<br><br>**[PROPOSED]** **JUDGMENT** |

Pursuant to the Federal Rule of Civil Procedure, Rule 68, offer of Judgment made by Defendant BHUVNESHWARI CORPORATION, doing business as

**JUDGMENT AND PERMANENT INJUNCTION**
1

MOTEL 6 CLAREMONT; and Plaintiffs Acceptance of said offer of Judgment on September 6, 2019:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant BHUVNESHWARI CORPORATION, doing business as MOTEL 6 CLAREMONT, located at 840 S. Indian Hill Blvd., Claremont, CA 91711 ("Subject Property"), and Defendant's agents, servants, employees and all persons in active concert or participation with them who receive actual notice of the is Final Judgment are:

INJUNCTIVE RELIEF

Permanently, affirmatively enjoined and obligated, within 12-Months of this Judgment, to remediate all physical barriers alleged in Plaintiffs' First Amended complaint in accordance with which alleges as follows:

(1) the curb ramps at the accessible parking space access aisles project into the access aisles in violation of Section 406.5[1]; (2) there is no accessible route connecting the reserved parking spaces to the main entrance or elements within the facility as required by Section 206.2.2[2]; (3) the ramp in the walkway leading to the room entrances has a slope of 11% in violation of Section 405.2 which allows for a maximum slope of 8.3%; (4) the accessible parking spaces are not located on the shortest accessible route to the entrance per Section 208.3.1[3]; (5) there's no clearly identifiable van accessible parking space near the hotel entrance in violation of section 208.2.4; and (6) there is no disabled accessible or

---

[1] This Section requires that curb ramps and the flared sides of curb ramps shall be located so that they do not project into vehicular traffic lanes, parking spaces, or parking access aisles

[2] This Section requires that at least one accessible route shall connect accessible buildings, accessible facilities, accessible elements, and accessible spaces that are on the same site.

[3] Parking spaces complying with 502 that serve a particular building or facility shall be located on the shortest accessible route from parking to an entrance complying with 206.4. Where parking serves more than one accessible entrance, parking spaces complying with 502 shall be dispersed and located on the shortest accessible route to the accessible entrances.

disabled van accessible parking signage near the Business' entrance as required by section 502.6.

Defendants shall complete all remediation in full compliance with the Americans with Disability Act Accessibility Guidelines ("ADAAG"). Defendant is further obligated to permanently maintain the above-referenced remediation at the Subject Property in such physical condition that it is fully compliant with the ADAAG.

MONETARY PROVISIONS

IT IS FURTHER ORDERED that: A judgment for monetary damages is entered in favor of JAMES RUTHERFORD and THE ASSOCIATE 4 EQUAL ACCESS and against the Defendants, in the amount of $25,000.00, inclusive of costs and attorney's fees.

RETENTION OF JURISDICTION

IT IS FURTHER ORDERED that: This Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of this Injunction.

**IT IS SO ORDERED.**

Dated: September 18, 2019  _____
André Birotte Jr.
United States District Judge

**JUDGMENT AND PERMANENT INJUNCTION**
3